UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PUTNAM BANK and CITY OF LIVONIA
EMPLOYEES' RETIREMENT SYSTEM AND
CITY OF LIVONIA RETIREE HEALTH AND
DISABILITY BENEFITS PLAN, on behalf of
themselves and all others similarly situated

       Plaintiffs,

     v.

INTERCONTINENTAL EXCHANGE, INC.,
INTERCONTINENTAL EXCHANGE HOLDINGS,
INC., ICE BENCHMARK ADMINISTRATION
LIMITED (f/k/a NYSE EURONEXT RATE
ADMINISTRATION LIMITED), ICE DATA
SERVICES, INC., ICE PRICING AND
REFERENCE DATA LLC, BANK OF AMERICA
CORPORATION, BANK OF AMERICA N.A.,
MERRILL LYNCH, PIERCE, FENNER & SMITH
INC., CITIGROUP INC., CITIBANK, N.A.,
CITIGROUP GLOBAL MARKETS INC.,
JPMORGAN CHASE & CO., JPMORGAN CHASE
BANK, N.A., J.P. MORGAN SECURITIES LLC,
BARCLAYS PLC, BARCLAYS BANK PLC,
BARCLAYS CAPITAL INC., BNP PARIBAS SA,
BNP PARIBAS SECURITIES CORP., CRÉDIT
AGRICOLE S.A., CRÉDIT AGRICOLE
CORPORATE AND INVESTMENT BANK;
CRÉDIT AGRICOLE SECURITIES (USA) INC.,
CREDIT SUISSE GROUP AG, CREDIT SUISSE
AG, CREDIT SUISSE SECURITIES (USA) LLC,
DEUTSCHE BANK AG, DEUTSCHE BANK
SECURITIES INC., HSBC HOLDINGS PLC, HSBC
BANK PLC, HSBC BANK USA, N.A., HSBC
SECURITIES (USA) INC., LLOYDS BANK PLC,
LLOYDS SECURITIES INC., MUFG BANK, LTD.,
THE BANK OF TOKYO-MITSUBISHI UFJ LTD.,
MITSUBISHI UFJ FINANCIAL GROUP INC.,
MUFG SECURITIES AMERICAS INC., THE
NORINCHUKIN BANK, COOPERATIEVE
RABOBANK U.A., ROYAL BANK OF CANADA,
RBC CAPITAL MARKETS, LLC, ROYAL BANK
OF SCOTLAND GROUP PLC, ROYAL BANK OF

Docket No.: 1:19-cv-00439 (GBD)

| SCOTLAND PLC, NATIONAL WESTMINSTER BANK PLC, NATWEST MARKETS SECURITIES INC. (f/k/a RBS SECURITIES, INC.), SOCIÉTÉ GÉNÉRALE S.A., SG AMERICAS SECURITIES, LLC, SUMITOMO MITSUI BANKING CORPORATION, SUMITOMO MITSUI FINANCIAL GROUP INC., SUMITOMO MITSUI BANKING CORPORATION EUROPE LTD., SMBC CAPITAL MARKETS, INC., UBS GROUP AG, UBS AG, and UBS SECURITIES LLC, |
|---|
| Defendants. |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant The Norinchukin Bank certify that The Norinchukin Bank has no parent corporation, and no publicly held company owns 10 percent or more of The Norinchukin Bank's stock.

Respectfully submitted,

Dated: New York, New York
April 24, 2019

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
Andrew W. Stern
Tom A. Paskowitz
Alan M. Unger
Peter J. Mardian
SIDLEY AUSTIN LLP
787 7th Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com
aunger@sidley.com
pmardian@sidley.com

*Attorneys for Defendant The Norinchukin Bank*