**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PUTNAM BANK, *et al.*, on behalf of themselves and all others similarly situated<br><br>        Plaintiffs,<br><br>      v.<br><br>INTERCONTINENTAL EXCHANGE, INC., *et al.*,<br><br>        Defendants. | Docket No.: 1:19-cv-00439<br><br>Hon. George B. Daniels |
| HAWAII SHEET METAL WORKERS HEALTH & WELFARE FUND, *et al.*, on behalf of themselves and all others similarly situated<br><br>        Plaintiffs,<br><br>      v.<br><br>INTERCONTINENTAL EXCHANGE, INC., *et al.*,<br><br>        Defendants. | Docket No.: 1:19-cv-02002<br><br>Hon. George B. Daniels |

**STIPULATION AND [PROPOSED]**
**CASE MANAGEMENT ORDER**

  Plaintiffs Putnam Bank, City of Livonia Employees' Retirement System, City of Livonia Retiree Health and Disability Benefits Plan, Hawaii Sheet Metal Workers Health & Welfare Fund, Hawaii Sheet Metal Workers Training Fund, Hawaii Sheet Metal Workers Annuity Fund, and Hawaii Sheet Metal Workers Pension Fund (collectively, "Plaintiffs"), on the one hand, and Defendants Intercontinental Exchange, Inc., Intercontinental Exchange Holdings, Inc., ICE Benchmark Administration Limited (f/k/a NYSE Euronext Rate Administration Limited), ICE Data Services, Inc., ICE Data Pricing & Reference Data, LLC, Bank of America Corporation, Bank of America N.A., Merrill Lynch, Pierce, Fenner & Smith Inc., Citigroup Inc., Citibank, N.A., Citigroup Global Markets Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan

Securities LLC, Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., BNP Paribas Securities Corp., Crédit Agricole S.A., Crédit Agricole Corporate and Investment Bank, Credit Agricole Securities (USA) Inc., Credit Suisse AG, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., HSBC Holdings PLC, HSBC Bank PLC, HSBC Bank USA, N.A., HSBC Securities (USA) Inc., Lloyds Bank PLC, Lloyds Securities Inc., MUFG Securities Americas Inc., The Norinchukin Bank, Coöperatieve Rabobank U.A., Royal Bank of Canada, RBC Capital Markets, LLC, The Royal Bank of Scotland plc, The Royal Bank of Scotland Group plc, National Westminster Bank plc, NatWest Markets Securities Inc. (f/k/a RBS Securities, Inc.), Société Générale, SG Americas Securities, LLC, Sumitomo Mitsui Banking Corporation, SMBC Capital Markets, Inc., Sumitomo Mitsui Financial Group Inc., Sumitomo Mitsui Banking Corporation Europe Ltd., UBS Group AG, UBS AG, and UBS Securities LLC (collectively, "Defendants"), on the other hand, by and through their respective undersigned counsel, subject to this Court's approval and to the reservation of rights contained below, agree and stipulate as follows:

WHEREAS, on January 15, 2019, Putnam Bank filed a complaint in Docket No. 19 Civ. 00439 (the "Putnam Bank Action"); on January 31, 2019, City of Livonia Employees' Retirement System and City of Livonia Retiree Health and Disability Benefits Plan filed a complaint in Docket No. 19 Civ. 00965 (the "City of Livonia Action"); and on March 4, 2019, the Hawaii Sheet Metal Workers Health & Welfare Fund, Hawaii Sheet Metal Workers Training Fund, Hawaii Sheet Metal Workers Annuity Fund, and Hawaii Sheet Metal Workers Pension Fund filed a complaint in Docket No. 19 Civ. 02002 (the "Hawaii Sheet Metal Workers Action," and together with the "Putnam Bank Action" and the "City of Livonia Action," the "Actions");

WHEREAS, on February 1, 2019, the Court ordered that the Putnam Bank Action and the City of Livonia Action be consolidated for pretrial purposes and that all filings in connection with the consolidated action be docketed in 19 Civ. 00439;

WHEREAS, on March 13, 2019, the Court accepted the Hawaii Sheet Metal Workers Action as related to the Putnam Bank Action and the City of Livonia Action;

WHEREAS, Plaintiffs have commenced efforts to effect service of the complaints in the Actions (together, the "Complaints") upon all or some of the Defendants named in the Complaints;

WHEREAS, Plaintiffs anticipate that subsequent related class actions may be filed that also may be related to the currently pending Actions ("Subsequent Actions");

WHEREAS, on February 8, 2019, the Court entered an Order setting the Initial Pretrial Conference for May 9, 2019 (ECF No. 58) ("IPC Order"), with which it enclosed a proposed Case Management Plan and Scheduling Order, regarding which the Court directed the parties to confer, and further directed that in the event that counsel agree that a different schedule and plan than that proposed is appropriate, counsel shall sign and file a different schedule and proposed plan for the Court's consideration seven days before the date of the pretrial conference; and

WHEREAS, counsel has conferred as to the proposed Case Management Plan and Scheduling Order in accordance with the IPC Order, and agree that the schedule and plan proposed below is appropriate for the Actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1.    The Hawaii Sheet Metal Workers Action shall be consolidated for pretrial purposes with the Putnam Bank Action and the City of Livonia Action, as shall be any Subsequent Action accepted as related by this Court (collectively, the "Consolidated Action").

2.      All filings in the Consolidated Action shall be made in docket 1:19-cv-00439 only and captioned as follows:

| | |
|---|---|
| IN RE: ICE LIBOR ANTITRUST LITIGATION | C.A. No.: 1:19-cv-00439 |
| | Hon. George B. Daniels |

3.      This Order shall apply to each action arising out of the same or substantially the same transactions or events, including any such action filed prior to entry of this Order.  If a case which relates to the subject matter of the Consolidated Action is or has been filed in this Court or transferred here from another court (a "Subsequent Action") the Court will direct the Clerk to:

(a) File a copy of this Order in the separate file for the Subsequent Action;

(b) Consolidate the Subsequent Action with this Consolidated Action by transferring the cases to the docket for this action;

(c) Close the docket for the Subsequent Action; and

(d) The Hawaii Sheet Metal Workers Action docket and the dockets of any Subsequent Action upon relation to and consolidation with the Actions shall be administratively closed.

4.      Service of a complaint or waiver of such service in one docket shall apply to the Consolidated Action.

5.      A Consolidated Amended Complaint ("CAC") will be filed within **60 days** of the entering of this Order on the docket.

6.      Defendants shall have 60 days from the date of filing of Plaintiffs' CAC to file their answers, motions to dismiss, or otherwise respond to the CAC.  If one or more of the Defendants

moves to dismiss, Plaintiffs shall then have 60 days to respond, and Defendants shall then have 30 days to file a reply in further support of their motion(s).

7.      No defense of any Defendant to the claims in this action, including without limitation defenses based upon lack of personal jurisdiction, lack of standing, insufficient service of process, improper venue or a defendant having been improperly named, is prejudiced or waived by the execution or filing of this Stipulation.

8.      In light of the parties' agreement regarding the matters set forth herein, the Initial Pretrial Conference scheduled for May 9, 2019, is adjourned.

9.      This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be deemed an original. This Stipulation, once fully executed, may be submitted to the Court without further notice to any party.

Dated: New York, New York
       May 1, 2019

David R. Scott
Deborah Clark-Weintraub
Peter A. Barile III
Thomas K. Boardman
SCOTT+SCOTT ATTORNEYS AT LAW
LLP
The Helmsley Building
230 Park Avenue, 17th Floor
Telephone: (212) 223-6444
Fax: (212) 223-6334
david.scott@scott-scott.com
dweintraub@scott-scott.com
pbarile@scott-scott.com
tboardman@scott-scott.com

*Attorneys for Plaintiffs Putnam Bank, City of
Livonia Employees' Retirement System, City
of Livonia Retiree Health and Disability
Benefits Plan, Hawaii Sheet Metal Workers
Health & Welfare Fund, Hawaii Sheet Metal
Workers Training Fund, Hawaii Sheet Metal
Workers Annuity Fund, and Hawaii Sheet
Metal Workers Pension Fund and the
Proposed Class*

Adam S. Hakki
Jerome S. Fortinsky
John F. Cove, Jr.
SHEARMAN & STERLING LLP
599 Lexington Ave
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
jfortinsky@shearman.com
john.cove@shearman.com

*Attorneys for Defendants Intercontinental
Exchange, Inc., Intercontinental Exchange
Holdings, Inc., ICE Benchmark
Administration Limited, ICE Data Services,
Inc., ICE Data Pricing &Reference Data,
LLC*

Dated: New York, New York
       April ___, 2019

_____
David R. Scott
Deborah Clark-Weintraub
Peter A. Barile III
Thomas K. Boardman
SCOTT+SCOTT ATTORNEYS AT LAW
LLP
The Helmsley Building
230 Park Avenue, 17th Floor
Telephone: (212) 223-6444
Fax: (212) 223-6334
david.scott@scott-scott.com
dweintraub@scott-scott.com
pbarile@scott-scott.com
tboardman@scott-scott.com

*Attorneys for Plaintiffs Putnam Bank, City
of Livonia Employees' Retirement System,
City of Livonia Retiree Health and
Disability Benefits Plan, Hawaii Sheet
Metal Workers Health & Welfare Fund,
Hawaii Sheet Metal Workers Training Fund,
Hawaii Sheet Metal Workers Annuity Fund,
and Hawaii Sheet Metal Workers Pension
Fund and the Proposed Class*

_____
Adam S. Hakki
Jerome S. Fortinsky
John F. Cove, Jr.
SHEARMAN & STERLING LLP
599 Lexington Ave
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
jfortinsky@shearman.com
john.cove@shearman.com

*Attorneys for Defendants Intercontinental
Exchange, Inc., Intercontinental Exchange
Holdings, Inc., ICE Benchmark
Administration Limited, ICE Data Services,
Inc., ICE Data Pricing & Reference Data,
LLC*

6

_Paul_

Arthur J. Burke
Paul S. Mishkin
Adam G. Mehes
Patrick W. Blakemore
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
patrick.blakemore@davispolk.com

_Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A., Merrill
Lynch, Pierce, Fenner & Smith Inc._

Jonathan D. Schiller
Christopher E. Duffy
Leigh M. Nathanson
Kate Ferguson
Nick Standish
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 446-2300
jschiller@bsfllp.com
cduffy@bsfllp.com
lnathanson@bsfllp.com
kferguson@bsfllp.com
nstandish@bsfllp.com

_Attorneys for Defendants
Barclays PLC, Barclays Bank PLC, and
Barclays Capital Inc._

Arthur J. Burke
Paul S. Mishkin
Adam G. Mehes
Patrick W. Blakemore
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
patrick.blakemore@davispolk.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A., Merrill
Lynch, Pierce, Fenner & Smith Inc.*

Jonathan D. Schiller
Christopher E. Duffy
Leigh M. Nathanson
Kate Ferguson
Nick Standish
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 446-2300
jschiller@bsfllp.com
cduffy@bsfllp.com
lnathanson@bsfllp.com
kferguson@bsfllp.com
nstandish@bsfllp.com

*Attorneys for Defendants
Barclays PLC, Barclays Bank PLC, and
Barclays Capital Inc.*

Joshua Goldberg
Jason Vitullo
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
jgoldberg@pbwt.com
jvitullo@pbwt.com
avegari@pbwt.com

*Attorneys for Defendant BNP Paribas
Securities Corp.*

Roger Cooper
Lev Dassin
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
racooper@cgsh.com
ldassin@cgsh.com

*Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., and Citigroup Global Markets
Inc.*

Joshua Goldberg
Jason Vitullo
Amy N. Vegari
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
jgoldberg@pbwt.com
jvitullo@pbwt.com
avegari@pbwt.com

*Attorneys for Defendant BNP Paribas Securities Corp.*

Lev Dassin
Roger Cooper
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
racooper@cgsh.com
ldassin@cgsh.com

*Attorneys for Defendants Citibank, N.A., Citigroup Inc., and Citigroup Global Markets Inc.*

_Joseph E. Neuhaus_ (signature)

Joseph Neuhaus
Colin A. Chazen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
neuhausj@sullcrom.com
chazenc@sullcrom.com

*Attorneys for Defendants Crédit Agricole
Corporate and Investment Bank, Credit
Agricole Securities (USA) Inc., and Crédit
Agricole S.A.*

Herbert S. Washer
Elai Katz
Joel Kurtzberg
Jason M. Hall
Adam S. Mintz
Lauren Perlgut
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com
jhall@cahill.com
amintz@cahill.com
lperlgut@cahill.com

*Attorneys for Defendants Credit Suisse AG,
Credit Suisse Securities (USA) LLC*

9

Joseph Neuhaus
Colin A. Chazen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
neuhausj@sullcrom.com
chazenc@sullcrom.com

*Attorneys for Defendants Crédit Agricole
Corporate and Investment Bank, Credit
Agricole Securities (USA) Inc., and Crédit
Agricole S.A.*

Herbert S. Washer
Elai Katz
Joel Kurtzberg
Jason M. Hall
Adam S. Mintz
Lauren Perlgut
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com
jhall@cahill.com
amintz@cahill.com
lperlgut@cahill.com

*Attorneys for Defendants Credit Suisse AG,
Credit Suisse Securities (USA) LLC*

Brad Karp
Jessica Carey
Hallie Goldblatt
Maxwell Kosman
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
bkarp@paulweiss.com
jcarey@paulweiss.com
hgoldblatt@paulweiss.com
mkosman@paulweiss.com
Telephone: (212) 373-3000

*Attorneys for Defendants Deutsche Bank AG
and Deutsche Bank Securities Inc.*

Damien J. Marshall
Joanna Wright
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 446-2300
dmarshall@bsfllp.com
jwright@bsfllp.com

*Attorneys for Defendants HSBC Holdings
plc, HSBC Bank plc, HSBC Bank USA, N.A.,
HSBC Securities (USA) Inc.*

_Damien J. Marshall /mb_

_____
Brad Karp
Jessica Carey
Hallie Goldblatt
Maxwell Kosman
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
bkarp@paulweiss.com
jcarey@paulweiss.com
hgoldblatt@paulweiss.com
mkosman@paulweiss.com
Telephone: (212) 373-3000

*Attorneys for Defendants Deutsche Bank AG
and Deutsche Bank Securities Inc.*

Damien J. Marshall
Joanna Wright
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 446-2300
dmarshall@bsfllp.com
jwright@bsfllp.com

*Attorneys for Defendants HSBC Holdings
plc, HSBC Bank plc, HSBC Bank USA, N.A.,
HSBC Securities (USA) Inc.*

Error! Unknown document property name.

*Paul C. Gluckow*

Mary Beth Forshaw
Paul C. Gluckow
Alan Turner
Abram Ellis
Isaac Rethy
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
mforshaw@stblaw.com
pgluckow@stblaw.com
aellis@stblaw.com
irethy@stblaw.com

*Attorneys for Defendants JPMorgan Chase*
*& Co., JPMorgan Chase Bank, N.A., and*
*JPMorgan Securities LLC*

Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Defendants Lloyds Bank plc*
*and Lloyds Securities Inc.*

Mary Beth Forshaw
Paul C. Gluckow
Alan Turner
Abram Ellis
Isaac Rethy
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
mforshaw@stblaw.com
pgluckow@stblaw.com
aellis@stblaw.com
irethy@stblaw.com

*Attorneys for Defendants JPMorgan Chase &
Co., JPMorgan Chase Bank, N.A., and
JPMorgan Securities LLC*

Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Defendants Lloyds Bank plc
and Lloyds Securities Inc.*

11

*Christopher M. Viapiano / eac*

Christopher M. Viapiano
Elizabeth A. Cassady
Nicholas J. Brechbill
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
viapianoc@sullcrom.com
cassadye@sullcrom.com
brechbilln@sullcrom.com

Michael P. Devlin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
devlinm@sullcrom.com

*Attorneys for Defendant MUFG Securities
Americas Inc.*

Andrew W. Stern
Tom A. Paskowitz
Alan M. Unger
Peter J. Mardian
SIDLEY AUSTIN LLP
787 7th Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com
aunger@sidley.com
pmardian@sidley.com

*Attorneys for Defendant The Norinchukin
Bank*

*Tom A. Paskowitz* / P.J.M.

Christopher M. Viapiano
Elizabeth A. Cassady
Nicholas J. Brechbill
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
viapianoc@sullcrom.com
cassadye@sullcrom.com
brechbilln@sullcrom.com

Michael P. Devlin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
devlinm@sullcrom.com

*Attorneys for Defendant MUFG Securities
Americas Inc.*

Andrew W. Stern
Tom A. Paskowitz
Alan M. Unger
Peter J. Mardian
SIDLEY AUSTIN LLP
787 7th Avenue
New York, New York 10019
Telephone: (212) 839-5300
astern@sidley.com
tpaskowitz@sidley.com
aunger@sidley.com
pmardian@sidley.com

*Attorneys for Defendant The Norinchukin
Bank*

12

_David Gelfand (PM)_
_____
David R. Gelfand
Robert C. Hora
Mark D. Villaverde
MILBANK LLP
55 Hudson Yards
New York, New York 10015
Telephone: (212) 530-5000
dgelfand@milbank.com
rhora@milbank.com
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve*
*Rabobank U.A.*

_____
Richard D. Owens
Douglas K. Yatter
Lilia B. Vazova
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
douglas.yatter@lw.com
lilia.vazova@lw.com

*Attorneys for Defendants Royal Bank of*
*Canada and RBC Capital Markets, LLC*

13

David R. Gelfand
Robert C. Hora
Mark D. Villaverde
MILBANK LLP
55 Hudson Yards
New York, New York 10015
Telephone: (212) 530-5000
dgelfand@milbank.com
rhora@milbank.com
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve
Rabobank U.A.*

Richard D. Owens
Douglas K. Yatter
Lilia B. Vazova
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
douglas.yatter@lw.com
lilia.vazova@lw.com

*Attorneys for Defendants Royal Bank of
Canada and RBC Capital Markets, LLC*

13

Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendants The Royal Bank of
Scotland plc, The Royal Bank of Scotland
Group plc, National Westminster Bank plc,
and NatWest Markets Securities Inc.*

Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
Victoria D. Whitney
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com
vwhitney@mayerbrown.com

*Attorneys for Defendants Société Générale,
and SG Americas Securities, LLC*

Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendants The Royal Bank of
Scotland plc, The Royal Bank of Scotland
Group plc, National Westminster Bank plc,
and NatWest Markets Securities Inc.*

Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
Victoria D. Whitney
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com
vwhitney@mayerbrown.com

*Attorneys for Defendants Société Générale,
and SG Americas Securities, LLC*

Kenneth I. Schacter
Elizabeth Buechner
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave
New York, New York 10178
Telephone: (212) 309-6000
kenneth.schacter@morganlewis.com
elizabeth.buechner@morganlewis.com

Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 739-5754
jon.roellke@morganlewis.com
*Pro hac vice forthcoming*

*Attorneys for Defendants Sumitomo Mitsui Banking Corporation, Sumitomo Mitsui Financial Group Inc., Sumitomo Mitsui Banking Corporation Europe Ltd., and SMBC, Capital Markets Inc.*

Jarrett Arp
Eric J. Stock
Jefferson E. Bell
Ryan J. Levan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
jarp@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com
rlevan@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities LLC*

15

_____

Kenneth I. Schacter
Elizabeth Buechner
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave
New York, New York 10178
Telephone: (212) 309-6000
kenneth.schacter@morganlewis.com
elizabeth.buechner@morganlewis.com

Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 739-5754
jon.roellke@morganlewis.com
*Pro hac vice forthcoming*

*Attorneys for Defendants Sumitomo Mitsui
Banking Corporation, Sumitomo Mitsui
Financial Group Inc., Sumitomo Mitsui
Banking Corporation Europe Ltd., and
SMBC, Capital Markets Inc.*

_____

Jarrett Arp
Eric J. Stock
Jefferson E. Bell
Ryan J. Levan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
jarp@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com
rlevan@gibsondunn.com

*Attorneys for Defendants UBS AG, UBS
Group AG, and UBS Securities LLC*

15

**SO ORDERED.**

Dated: New York, New York

MAY 0 2 2019 2019

_____
Hon. George B. Daniels
United States District Judge

16