UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: ICE LIBOR ANTITRUST LITIGATION

:
:
:
:   No. 19-cv-00439 (GBD)
:
:
:
:

------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, Eric J. Stock of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS Group AG, UBS AG, and UBS Securities LLC.

Dated: New York, New York
       May 8, 2019

GIBSON, DUNN & CRUTCHER LLP

By:   /s/  Eric J. Stock
        Eric J. Stock

200 Park Avenue, 48th Floor
New York, New York 10166
Tel.: (212) 351-4000
estock@gibsondunn.com

*Attorneys for UBS Group AG, UBS AG,
and UBS Securities LLC*