

PETER A. BARILE III

+ Via ECF and Hand Delivery +

September 26, 2019

The Honorable George B. Daniels
United States District Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

      Re:   *In re: ICE LIBOR Antitrust Litigation*, C.A. No. 1:19-cv-00439-GBD
             Joint Request for Adjournment of Case Management Conference

Dear Judge Daniels:

    I represent Plaintiffs in the above-captioned matter. Pursuant to Your Honor's Individual Rule of Practice II.C., the Parties jointly request adjournment of the case management conference currently scheduled for Thursday, October 3, 2019, *sine die*. This is the second request to adjourn a case management conference in this matter, the first of which was made on August 6, 2019 (ECF No. 188), and granted on August 7, 2019 (ECF No. 189.)

    The Parties currently are engaged in briefing on Defendants' motions to dismiss Plaintiffs' Consolidated Amended Complaint ("CAC"), filed July 1, 2019 (ECF No. 186.) On August 30, 2019, all served Defendants moved to dismiss the CAC under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and certain Foreign Defendants moved to dismiss the CAC for lack of personal jurisdiction under Rule 12(b)(2), as well as under 12(b)(3) and/or 12(b)(5). (ECF No. 204.) Plaintiffs' oppositions currently are due October 29, 2019. (ECF No. 142, ¶6.)

    We respectfully request that the Court so-order the adjournment *sine die*.

                                  Respectfully submitted,

                                  SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                  *s*/ Peter A. Barile III

                                  Peter A. Barile III

PB/pm
cc:    Counsel of Record (via ECF)

**SO ORDERED:**

_____
Hon. George B. Daniels
United States District Judge

Scott+Scott Attorneys at Law LLP + The Helmsley Building + 230 Park Avenue, 17th Fl + New York, NY 10169 + 212.519.0520 + pbarile@scott-scott.com