**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:

IN RE: ICE LIBOR ANTITRUST LITIGATION  :

:

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 1 2019

MEMORANDUM DECISION
AND ORDER

19 Civ. 439 (GBD)

GEORGE B. DANIELS, United States District Judge:

An oral argument is scheduled for January 30, 2020 at 10:30 a.m.

Dated: September 30, 2019
     New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE