

PETER A. BARILE III

Via ECF and Hand Delivery

October 17, 2019

The Honorable George B. Daniels
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

      Re:    *In re: ICE LIBOR Antitrust Litigation*, C.A. No. 1:19-cv-00439-GBD
              Joint Request for Extension of Time as to Briefing on Motions to Dismiss and Withdrawal of Plaintiffs' Request to Hold Personal Jurisdiction Briefing in Abeyance

Dear Judge Daniels:

    I represent Plaintiffs in the above-captioned matter. Pursuant to Your Honor's Individual Rule of Practice II.C., the Parties have conferred as to scheduling and jointly request that the time for Plaintiffs to respond to Defendants' motions to dismiss (ECF Nos. 204, 245), which is now due on or before October 29, 2019, be extended by two weeks, until November 12, 2019, and that Defendants' replies be extended by one week, until December 19, 2019. In the event that this joint request is granted, Plaintiffs respectfully withdraw their prior request to hold personal jurisdiction briefing in abeyance. (ECF No. 240.)[1]

    If the extension is granted, briefing on all Domestic and Foreign Defendants' Rule 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(5), and/or 12(b)(6) motions, would proceed as follows:

        Plaintiffs' Responses Due:        November 12, 2019

        Defendants' Replies Due:         December 19, 2019

    Under this proposed revised schedule, the motions would be fully briefed six weeks prior to Oral Argument, which is currently scheduled for January 30, 2020. (ECF No. 238.) No extensions

---

[1]     Defendants oppose Plaintiffs' request to hold briefing on Foreign Defendants' personal jurisdiction in abeyance. In the event this joint request is denied, Defendants intend to file an opposition to Plaintiffs' abeyance request.

Scott+Scott Attorneys at Law LLP + The Helmsley Building + 230 Park Avenue, 17th Fl + New York, NY 10169 + 212.519.0520 + pbarile@scott-scott.com

The Honorable George B. Daniels
October 17, 2019
Page 2 of 2

have been sought or granted with respect to Plaintiffs' response or Defendants' reply briefing, excluding the prior request to hold personal jurisdiction in abeyance.

     Accordingly, the Parties respectfully request that the Court order that the extension of time be granted, briefing proceed as set forth above, and that the prior request to hold personal jurisdiction in abeyance be deemed withdrawn and denied as moot.

     A Joint [Proposed] Supplemental Scheduling Order is filed herewith.

     Respectfully submitted,

     SCOTT+SCOTT ATTORNEYS AT LAW LLP

     *s/ Peter A. Barile III*
     Peter A. Barile III

cc:    Counsel of Record (via ECF)


**SO ORDERED:**

_____
Hon. George B. Daniels
United States District Judge