UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ICE LIBOR ANTITRUST LITIGATION

1:19-cv-00439-GBD

Hon. George B. Daniels

**NOTICE AND [PROPOSED] ORDER OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Maxwell Kosman and subject to the approval of the Court, Maxwell Kosman hereby withdraws as counsel for Deutsche Bank AG and Deutsche Bank Securities Inc., and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG and Deutsche Bank Securities Inc. in this proceeding.

Dated: New York, New York
January 23, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Maxwell A. H. Kosman

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
mkosman@paulweiss.com

SO ORDERED:

_____ JAN 24 2020
Hon. George B. Daniels U.S.D.J.