# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE: LIBOR ANTITRUST LITIGATION

19 CIVIL 439 (GBD)

## JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 26 2020, Defendants' motion to dismiss, (ECF Nos. 204, 245, 269) are granted.

**Dated:** New York, New York
March 30, 2020

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk