USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ICE LIBOR ANTITRUST
LITIGATION

C.A. No.: 1:19-cv-00439

Hon. George B. Daniels

## [PROPOSED] ORDER

Upon the motion of Elizabeth A. Cassady for leave to withdraw as counsel for defendants Mitsubishi UFJ Financial Group, Inc., MUFG Bank, Ltd. and MUFG Securities Americas Inc., **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated: Washington, D.C.
May 6, 2021

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE